# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
**UNITED STATES DISTRICT JUDGE**

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## M E M O R A N D U M

TO:          Counsel of Record

FROM:      Judge Roger W. Titus

RE:          *United States of America v. John David White*  
               Criminal No. RWT-13-0356

DATE:      June 20, 2014

\* \* \* \* \* \* \* \* \*

       Judge George J. Hazel has graciously agreed to accept the transfer of this case. The transfer will occur on July 1, 2014. However, I will continue to sit as second chair with Judge Hazel on the first day of trial.

       Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                /s/  
                                       Roger W. Titus  
                                       United States District Judge